STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8981
    Facsimile: 415-744-0134
    Email: Sundeep.Patel@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CYNTHIA WILLIAMS, ) | |
| ) | |
|     Plaintiff, ) | Case No. 14-4119-VBF-KK |
| ) | |
|   v. ) | [~~PORPOSED~~] |
| ) | JUDGMENT OF REMAND |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

-1-

1 above-captioned action is remanded to the Commissioner of Social Security for further
2 proceedings consistent with the Stipulation to Remand.
3
4 DATED: October 15, 2014   _____ *Kenly Kato* _____
5                          HON. KENLY KIYA KATO
6                          UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28